# UNITED STATES DISTRICT COURT
для
Eastern District of North Carolina

United States of America
v.
Rodney Tyrone Tyson

Case No: 7:11-CR-105-2F
USM No: 19056-056

Date of Original Judgment: July 20, 2012
Date of Previous Amended Judgment: June 3, 2014
*(Use Date of Last Amended Judgment if Any)*

Alan DuBois, Assistant Federal Public Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 144 months **is reduced to** 91 months

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated July 20, 2012, and June 3, 2014 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 3/24/16

*[signature]*
Judge's signature

Effective Date: _____
*(if different from order date)*

James C. Fox  Senior U.S. District Judge
Printed name and title