# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                                            **Crim. No. 7:11-CR-105-2FL**

**RODNEY TYSON**

On April 8, 2021, the above named began supervised release for a period of ten years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ Melissa K. Lunsmann                          /s/ Jay Kellum
Melissa K. Lunsmann                              Jay Kellum
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                 200 Williamsburg Pkwy, Unit 2
                                                 Jacksonville, NC 28546-6762
                                                 Phone: 910-346-5109
                                                 Executed On: June 1, 2026

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___26th___ day of ___June___, 2026.

Louise W. Flanagan
U.S. District Judge

*Best wishes Mr. Tyson going forward !*
*Judge Flanagan*